UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00364-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAMON ACOSTA-BALLESTEROS,

    Defendant.

---

**ORDER**

---

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, October 14, 2011,** and responses to these motions shall be filed by **Friday, October 28, 2011.** It is

    FURTHER ORDERED that a hearing on all pending motions, if necessary, and final trial preparation conference will be set at a future date upon the request of counsel. It is

    FURTHER ORDERED that a 3-day jury trial is set for **Monday, November 21, 2011, at 9:00 a.m. in courtroom A-1002.**

    Dated: September 20, 2011.

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      WILEY Y. DANIEL
                                      CHIEF U. S. DISTRICT JUDGE