UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    11-cr-00364-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   RAMON ACOSTA-BALLESTEROS,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict with the Court's calendar, the Change of Plea hearing set for Friday, December 9, 2011 is **VACATED and RESET for Wednesday, December 14, 2011 at 4:00 p.m.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**   If the documents are not timely submitted, the hearing will be **VACATED**.   **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: December 8, 2011